[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 15, 2009
THOMAS K. KAHN
CLERK

No. 08-16650
Non-Argument Calendar

_____

D.C. Docket No. 08-00080-CR-WTM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD EUGENE KERSEY,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

(June 15, 2009)

Before BIRCH, BLACK and HULL, Circuit Judges.

PER CURIAM:

Robert Paul Phillips, III, appointed counsel for Ronald Eugene Kersey in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kersey's conviction and sentence are **AFFIRMED**.